Fred S. Richcreek, Appellee, v. City of Rock Island, Appellant.

Gen. No. 10,039.

opinion filed March 8, 1946; released for publication April 1, 1946. Leo J. Herbert, for appellant; Earl L. Scott, of counsel; Charles C. & Richard M. Spencer and Carl H. Wilson, for appellee. Opinion by JUSTICE BRISTOW. Not to be published in full.